**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of November, two thousand and eleven,

_____

Enid Ximines,

Plaintiff - Appellant,

v.

New York City Department of Education,

Defendant - Appellee.

_____

**ORDER**
Docket Number: 11-3136

A notice of appeal was filed on August 3rd, 2011. Appellant's brief and appendix, due November 14th, 2011, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective December 8th, 2011 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/05/2012